UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **CV 12-07611-RGK (PJWx)** | Date | December 7, 2012 |
|---|---|---|---|
| Title | *Vardanian v. Chase Bank U.S.A., N.A., et al.* | | |

| Present: The Honorable | R. GARY KLAUSNER, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Sharon L. Williams (Not Present) | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs: Not Present

Attorneys Present for Defendants: Not Present

**Proceedings:**   **(IN CHAMBERS) Order Re: Order to Show Cause as to Plaintiff's Claims Against Defendants Equable Ascent Financial, LLC, Mainstreet Acquisitions, LLC, and GE Capital Retail Bank**

On September 10, 2012 Plaintiff Gagik Vardanian ("Plaintiff") filed a Complaint against seven defendants ("Defendants") for violations of fair credit reporting and debt collection statutes. Four Defendants moved for dismissal, which was granted as to those Moving Defendants, leaving Equable Ascent Financial, LLC, Mainstreet Acquisitions, LLC, and GE Capital Retail Bank ("Remaining Defendants") as the remaining Defendants in this action.

The Court hereby orders Plaintiff to show cause **in writing** on or before **December 14, 2012** why Defendants Equable Ascent Financial, LLC, Mainstreet Acquisitions, LLC, and GE Capital Retail Bank should not also be dismissed from this action pursuant to Federal Rule of Civil Procedure 12(b)(6).

**IT IS SO ORDERED.**

:

Initials of Preparer