Stuart M. Richter (CA126231)
Stuart.richter@kattenlaw.com
Gregory S. Korman (CA216931)
gregory.korman@kattenlaw.com
Paul A. Grammatico (CA246380)
Paul.Grammatico@kattenlaw.com
KATTEN MUCHIN ROSENMAN LLP
650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122
Telephone:  714.386.5708
Facsimile:  714.386.5736

Attorneys for Defendant,
HSBC BANK USA, N.A.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| GAGIK VARDANIAN, an individual, | CASE NO. CV-12-07611-RGK (PJWx) |
| Plaintiff, | HON. R. GARY KLAUSNER |
| vs. | **JUDGMENT** |
| CHASE BANK USA N.A., A National Association<br>GE CAPITAL RETAIL BANK, A Utah Corporation<br>HSBC BANK USA N.A., A National Association<br>MACYS CORPORATE SERVICES, INC., A Delaware Corporation<br>EQUABLE ASCENT FINANCIAL, LLC., A Delaware Limited Liability Company<br>NORDSTROMS FSB., A Delaware Corporation<br>MAIN STREET ACQUISITIONS, LLC, A Nevada Limited Liability Company | Complaint Filed: September 10, 2012 |
| Defendants. | |

[PROPOSED] JUDGMENT

31713103_334544-00075

# JUDGMENT

The Court, having ordered the dismissal of Defendant, HSBC Bank USA, N.A.'s ("HSBC") per its minute order on December 7, 2012 (Docket No. 57),

IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that:

1. Judgment is entered in favor of HSBC and against plaintiff, Gagik Vardanian ("Plaintiff");

2. Plaintiff shall recover nothing in this action.

**IT IS SO ORDERED.**

Dated: December 13, 2012



_____
HONORABLE R. GARY KLAUSNER
United States District Judge