JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **CV 12-07611-RGK (PJWx)** | Date | December 20, 2012 |
|---|---|---|---|
| Title | ***Vardanian v. Chase Bank U.S.A., N.A., et al.*** | | |

| Present: The Honorable | R. GARY KLAUSNER, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Sharon L. Williams (Not Present) | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:** **(IN CHAMBERS) Order Re: Plaintiff's Response to the Court's Dec. 7, 2012 Order to Show Cause & Dismissal of Defendants Mainstreet Acquisitions, LLC, and GE Capital Retail Bank**

On September 10, 2012, Plaintiff Gagik Vardanian ("Plaintiff") filed a Complaint against ten defendants ("Defendants") for violations of fair credit reporting and debt collection statutes. Seven Defendants moved for dismissal, which the Court granted as to those Moving Defendants on December 6, 2012, leaving two remaining defendants in this action who did not file their own motions: (1) Mainstreet Acquisitions, LLC, and (2) GE Capital Retail Bank ("Remaining Defendants").[1]

On December 7, 2012, the Court ordered Plaintiff to show cause in writing by December 14, 2012, why all claims should not also be dismissed as to Remaining Defendants. On December 12, 2012, Plaintiff responded to the Order. However, Plaintiff's contentions as to why Remaining Defendants should not be dismissed were vague, conclusory, and unsupported by any authority. Thus, the Complaint and Plaintiff's response fails to provide Remaining Defendants adequate notice of the claims against them. Fed. R. Civ. P. 8, 12(b)(6). Further, Plaintiff fails to address the defects outlined in Moving Defendants' Motion to Dismiss and the Court's Dec. 6, 2012 Order granting the motion. Accordingly, the Court finds Plaintiff has failed to show adequate cause why Remaining Defendants should not be dismissed.

---

[1] In its Order to Show Cause, the Court also noted that Defendant Equable Ascent Financial, LLC ("Equable") was a Remaining Defendant. The Court addressed the claims as to Equitable separately in a concurrently issued Order.

For foregoing reasons, the Court **DISMISSES** Defendants Mainstreet Acquisitions, LLC, and GE Capital Retail Bank.

**IT IS SO ORDERED.**

|  | : |  |
|---|---|---|
|  | Initials of Preparer |  |