UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAGIK VARDANIAN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CHASE BANK USA N.A., A National Association; GE CAPITAL RETAIL BANK, A Utah Corporation; HSBC BANK USA N.A., A National Association; MACYS CORPORATE SERVICES, INC., A Delaware Corporation; EQUABLE ASCENT FINANCIAL, LLC., A Delaware Limited Liability Company; NORDSTROM FSB., A Delaware Corporation; MAIN STREET ACQUISITIONS, LLC, A Nevada Limited Liability Company,<br><br>Defendants. | Case No. CV 12-07611-RGK (PJWx)<br><br>[~~PROPOSED~~] **JUDGMENT OF DISMISSAL**<br><br>Action Filed: September 5, 2012<br>Trial Date: None Set |

[PROPOSED] JUDGMENT OF DISMISSAL

1

# [PROPOSED] JUDGMENT OF DISMISSAL

The Court, having dismissed the matter as to Defendant GE CAPITAL RETAIL BANK and all remaining Defendants pursuant to its Minute Order on December 20, 2012,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. Judgment is entered in favor of Defendant GE CAPITAL RETAIL BANK, and against Plaintiff GAGIK VARDANIAN; and

2. Plaintiff shall recover nothing in this action.

**IT IS SO ORDERED.**

DATED: December 27, 2012

_____
HONORABLE R. GARY KLAUSNER
U.S. DISTRICT COURT JUDGE