Matthew G. Kleiner (SBN 211842)
Jon S. Tangonan (SBN 216705)
GORDON & REES LLP
101 W. Broadway, Suite 2000
San Diego, CA  92101
Telephone:  (619) 696-6700
Facsimile:   (619) 696-7124
E-mail:      mkleiner@gordonrees.com
             jtangonan@gordonrees.com

Attorneys for Defendant:
FDS BANK, erroneously sued herein as
MACY'S CORPORATE SERVICES. INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| GAGIK VARDANIAN, an individual, | CASE NO. 2:12-cv-07611-RGK- (PJWx) |
| Plaintiff, | *Honorable R. Gary Klausner* |
| vs. | **[PROPOSED] JUDGMENT** |
| CHASE BANK, N.A., a National Association; GE CAPITAL RETAIL BANK, a Utah Corporation; HSBC BANK USA N.A., a National Association; MACYS CORPORATE SERVICES, INC., a Delaware Corporation; EQUABLE ASCENT FINANCIAL, LLC, a Delaware Limited Liability Company, NORSTROMS FSB, a Delaware Corporation; MAIN STREET ACQUISITIONS, LLC, a Nevada Limited Liability Company, | Complaint Filed: September 10, 2012 |
| Defendants. | |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

- 1 -

[PROPOSED] JUDGMENT                                    CASE NO. 2:12-cv-07611-RGK- (PJWx)

# JUDGMENT

The Court, having ordered the dismissal of Defendant, FDS BANK, erroneously sued herein as MACY'S CORPORATE SERVICES, INC., ("FDS Bank") per its minute order on December 7, 2012 (Docket No. 57), IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that:

1. Judgment is entered in favor of FDS Bank and against plaintiff, Gagik Vardanian ("Plaintiff");

2. Plaintiff shall recover nothing in this action.

IT IS SO ORDERED.

Dated: December 27, 2012         _____

                                 Honorable R. Gary Klausner
                                 United States District Judge